KAREN MARIE HANSEN, ADC106997
Name and Prisoner/Booking Number

ASPC PERRYVILLE / SANTA CRUZ UNIT
Place of Confinement

P.O. BOX 3200
Mailing Address

GOODYEAR, ARIZONA 85395
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 1 5 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

KAREN MARIE HANSEN,
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) CHARLES RYAN
(Full Name of Defendant)
(2) THERESE SCHROEDER
(3) SERGEANT MITCHELL
(4) CORRECTIONAL OFFICER II MIMS,
        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 09-1290-PHX-GMS-ECV
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: ASPC PERRYVILLE / Goodyear, ARIZONA

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: **Charles Ryan**. The first Defendant is employed as: **Arizona State Prison Director** (Position and Title) at **Central Office** (Institution).

2. Name of second Defendant: **Therese Schroeder**. The second Defendant is employed as: **Arizona State Prison Warden** (Position and Title) at **ASPC Perryville Complex** (Institution).

3. Name of third Defendant: **Sergeant Mitchell**. The third Defendant is employed as: **ASPC - Mail and Property Sargeant** (Position and Title) at **ASPC Perryville Complex** (Institution).

4. Name of fourth Defendant: **C.O. II Mims**. The fourth Defendant is employed as: **ASPC - Mail and Property Officer** (Position and Title) at **ASPC Perryville Complex** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **01**. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: **Karen Marie Hansen** v. **Dora Schriro, et al.**
   2. Court and case number: **CV 07-2105-PHX-GMS (ECV)**
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Judgment of Dismissal; May 28, 2009**

   b. Second prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>ARTICLE V, U.S. CONSTITUTION FOR DUE PROCESS</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>PLEASE SEE ATTACHMENT</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>FINANCIAL LOSS of $5,500.00, IN Addition to Punitive Damages when Defendants Acted with malice INTENT</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT 1: RETALIATION**

On January 29, 2009, Plaintiff wrote the Arizona Court of Appeals to check the status of several court orders pending before the Judiciary Plaintiff had not received to date.

On Saturday February 14, 2009, Plaintiff received correspondence from the Arizona Court of Appeals indicating Two (2) separate orders addressed to Plaintiffs person at the Arizona State Prison Perryville/Santa Cruz Unit; January 15th and January 20th, 2009 respectfully, had been "Returned to Sender". Copies of the court orders and envelopes stamped by the Arizona State Prison were included in the package Plaintiff received February 14, 2009, indicating the stamped insignia by the Arizona Department of Corrections of returned mail to original author.

Plaintiff's legal mail had been "Returned to Sender" without personal authorization from Plaintiff, or notification of receivership. Subsequently, on February 17th, 2009, Plaintiff contacted COIII Ira Jones to follow-up why her legal mail was being returned to sender. After further investigation, COIII Jones, located numerous legal logs indicating abundant court and attorney parcels that were sent back to the author, "Return to Sender", from the Arizona Department of Corrections Mail and Property Room; personally addressed to Plaintiff. Copies of the Legal Logs were provided to Plaintiff on Thursday February 19th, 2009. Listed on the ADOC legal logs were in excess of Ten (10) court mailings plaintiff did not receive, thereby causing financial determent of $5,500.00 to Plaintiff, plus the prospect to petition for Habeas Corpus Relief in the U.S. District Court.

The countless legal posts addressed to Plaintiff over the course of months starting December 2008 through February 2009, were "Returned to Sender" without reason or rationale when Plaintiff has not moved or transferred to another unit or Institution within the Arizona Department of Corrections for a period of 4 years , nor was off-site during the aforementioned duration.

The egregious and malicious activity exhibited by the Arizona Department of Corrections against Plaintiff/Inmate Hansen, is a direct and purposeful retaliatory act that is straightaway linked to Plaintiffs Civil Action against the Arizona Department of Corrections under U.S. District Court Cause no: CV-07-2105-PHX-GMS (ECV). Plaintiff has received constant and on-going retaliatory actions against her person from ADOC staff and its employees since the inception of the aforementioned cause number, and receives no assistance to modify or correct the issues that arise, or protection from further retaliation.

Therefore, Plaintiffs Constitutional Right to Due Process and protection against retaliation afforded her under the 5th Amendment was/is repetitively violated by the Arizona Department of Corrections, its employees and staff.

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>ARTICLE V, U.S.</u> <u>CONSTITUTION FOR DUE PROCESS</u>.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>PLEASE SEE Attachment</u>

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   <u>FINANCIAL LOSS OF $5,500.00, IN Addition to Punitive Damages</u>
   <u>When Defendants Acted with malice Intent</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT 2 DUE PROCESS / ACCESS TO COURTS

On January 29, 2009, Plaintiff wrote the Arizona Court of Appeals to check the status of several court orders pending before the Judiciary Plaintiff had not received to date.

On Saturday February 14, 2009, Plaintiff received correspondence from the Arizona Court of Appeals indicating Two (2) separate orders addressed to Plaintiffs person at the Arizona State Prison Perryville/Santa Cruz Unit; January 15th and January 20th, 2009 respectfully, had been "Returned to Sender". Copies of the court orders and envelopes stamped by the Arizona State Prison were included in the package Plaintiff received February 14, 2009, indicating the stamped insignia by the Arizona Department of Corrections of returned mail to original author.

Plaintiff's legal mail had been "Returned to Sender" without personal authorization from Plaintiff, or notification of receivership. Subsequently, on February 17th, 2009, Plaintiff contacted COIII Ira Jones to follow-up why her legal mail was being returned to sender. After further investigation, COIII Jones, located numerous legal logs indicating abundant court and attorney parcels that were sent back to the author, "Return to Sender", from the Arizona Department of Corrections Mail and Property Room; personally addressed to Plaintiff. Copies of the Legal Logs were provided to Plaintiff on Thursday February 19th, 2009. Listed on the ADOC legal logs were in excess of Ten (10) court mailings plaintiff did not receive, thereby causing financial determent of $5,500.00 to Plaintiff, plus the prospect to petition for Habeas Corpus Relief in the U.S. District Court.

The countless legal posts addressed to Plaintiff over the course of months starting December 2008 through February 2009, were "Returned to Sender" without reason or rationale when Plaintiff has not moved or transferred to another unit or Institution within the Arizona Department of Corrections for a period of 4 years, nor was off-site during the aforementioned duration.

The egregious and malicious activity exhibited by the Arizona Department of Corrections against Plaintiff/Inmate Hansen, is a direct and purposeful retaliatory act that is straightaway linked to Plaintiffs Civil Action against the Arizona Department of Corrections under U.S. District Court Cause no: CV-07-2105-PHX-GMS (ECV). Plaintiff has received constant and on-going retaliatory actions against her person from ADOC staff and its employees since the inception of the aforementioned cause number, and receives no assistance to modify or correct the issues that arise, or protection from further retaliation.

Therefore, Plaintiffs Constitutional Right to Due Process and protection afforded her under the 5th Amendment was/is repetitively violated by the Arizona Department of Corrections, its employees and staff.

## COUNT III

1. State the constitutional or other federal civil right that was violated: <u>ARTICLE V, U.S.</u> <u>CONSTITUTION FOR DUE PROCESS</u>

2. Count III. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>PLEASE SEE ATTACHMENT</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>JUDGMENT OF DISMISSAL IN THE UNITED STATES DISTRICT COURT, MAY 07, 2009; CAUSE NO: CV 07-2105-PHX-GMS (ECV), BECAUSE the ADOC REFUSED to SEND OUT PLAINTIFFS LEGAL MAIL</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. <u>Retaliatory ACTIONS BY DEFENDANTS, WHEN IN-COMING AND OUT-GOING LEGAL MAIL IS HELD BEYOND STATUTORY PROVISIONS, AND THE ADOC REFUSED TO INVESTIGATE THEIR OWN STAFF.</u>

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

COUNT 3: RETALIATION

On May 09, 2009, Plaintiff was ordered to Show Cause by the U.S. District Court under Cause No. CV-07-2105-PHX-GMS (ECV). Plaintiff was ordered to respond within 15 days of the courts May 7th, 2009 Order.

On May 18th, 2009, Plaintiff hand delivered her response to the Courts Order to Show Cause to the Arizona Department of Corrections Santa Cruz Mail and Property Room; for timely mailing of the May 7th, 2009 order. Plaintiff's legal mailing was received and logged into the ADOC legal mail register, with receivership taken by Arizona Department of Corrections Security Staffing.

On May 29th, 2009, Plaintiff received notification from the U.S. District Court; "Judgment of Dismissal in a Civil Case", or otherwise as Case No: CV 07-2105-PHX-GMS (ECV). **"It was ordered and Adjudged that Plaintiff having <u>failed</u> to comply with the Court's order of May 7th, 2009, judgment is entered in favor of Defendants. Plaintiff to take nothing and the complaint and action is hereby dismissed without prejudice"**.

Plaintiff, once again received intentional injury of her person, with retaliatory acts exhibited by the Arizona Department of Corrections Mail and Property Room. The ADOC intentionally and maliciously held-on to Plaintiffs legal mail, opening and scanning the contents to stop Plaintiffs timely Response to the United States District Court who was the purveyor of the Civil Action between Plaintiff and the Arizona Department of Corrections, its employees and staff.

On June 1, 2009, Plaintiff contacted her correctional counselor who refused, or otherwise rejected Plaintiffs request for assistance to contact the United States District Court Clerks Office for confirmation of the Mailbox Rule, and the ADOC's receivership of Plaintiffs legal mail. Furthermore, Plaintiff (Inmate Hansen) was refused ADOC staff assistance to formally Grieve her aforementioned legal quandary, when they rebuffed investigating their own staff for retaliatory actions against plaintiffs person. For reasons of the ADOC's refusal for assistance to correct their own wrong-doing, Plaintiff did not file an Inmate Grievance Appeal.

The egregious and malicious activity exhibited by the Arizona Department of Corrections against Plaintiff/Inmate Hansen, is a direct and purposeful retaliatory act that is straightaway linked to Plaintiffs Civil Action against the Arizona Department of Corrections under U.S. District Court Cause no: CV-07-2105-PHX-GMS (ECV). Plaintiff has received constant and on-going retaliatory actions against her person from ADOC staff and its employees since the inception of the aforementioned cause number, and receives no assistance to modify or correct the issues that arise, or protection from further retaliation.

Therefore, Plaintiffs Constitutional Right to Due Process and protection against retaliation afforded her under the 5th Amendment was/is repetitively violated by the Arizona Department of Corrections, its employees and staff.

## COUNT IV

1. State the constitutional or other federal civil right that was violated: <u>ARTICLE V, U.S. CONSTITUTION FOR DUE PROCESS</u>.

2. Count II. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☑ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   PLEASE SEE ATTACHMENT

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   JUDGMENT OF DISMISSAL IN THE UNITED STATES DISTRICT COURT, MAY 07, 2009; CAUSE NO: CV 07-2105-PHX-GMS (ECV) BECAUSE THE ADOC REFUSED TO SEND OUT PLAINTIFF'S LEGAL MAIL.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. RETALITORY ACTIONS BY DEFENDANTS, WHEN IN-COMING AND OUT-GOING LEGAL MAIL IS HELD BEYOND STATUTORY PROVISIONS AND THE ADOC REFUSED TO INVESTIGATE THEIR OWN STAFF.

4

COUNT 4: DUE PROCESS/ ACCESS TO COURTS

On May 09, 2009, Plaintiff was ordered to Show Cause by the U.S. District Court under Cause No. CV-07-2105-PHX-GMS (ECV). Plaintiff was ordered to respond within 15 days of the courts May 7th, 2009 Order.

On May 18th, 2009, Plaintiff hand delivered her response to the Courts Order to Show Cause to the Arizona Department of Corrections Santa Cruz Mail and Property Room; for timely mailing of the May 7th, 2009 order. Plaintiff's legal mailing was received and logged into the ADOC legal mail register, with receivership taken by Arizona Department of Corrections Security Staffing.

On May 29th, 2009, Plaintiff received notification from the U.S. District Court; "Judgment of Dismissal in a Civil Case", or otherwise as Case No: CV 07-2105-PHX-GMS (ECV). **"It was ordered and Adjudged that Plaintiff having <u>failed</u> to comply with the Court's order of May 7th, 2009, judgment is entered in favor of Defendants. Plaintiff to take nothing and the complaint and action is hereby dismissed without prejudice"**.

Plaintiff, once again received intentional injury of her person, with retaliatory acts exhibited by the Arizona Department of Corrections Mail and Property Room. The ADOC intentionally and maliciously held-on to Plaintiffs legal mail, opening and scanning the contents to stop Plaintiffs timely Response to the United States District Court who was the purveyor of the Civil Action between Plaintiff and the Arizona Department of Corrections, its employees and staff.

On June 1, 2009, Plaintiff contacted her correctional counselor who refused, or otherwise rejected Plaintiffs request for assistance to contact the United States District Court Clerks Office for confirmation of the Mailbox Rule, and the ADOC's receivership of Plaintiffs legal mail. Furthermore, Plaintiff (Inmate Hansen) was refused ADOC staff assistance to formally Grieve her aforementioned legal quandary, when they rebuffed investigating their own staff for retaliatory actions against plaintiffs person. For reasons of the ADOC's refusal for assistance to correct their own wrong-doing, Plaintiff did not file an Inmate Grievance Appeal.

The egregious and malicious activity exhibited by the Arizona Department of Corrections against Plaintiff/Inmate Hansen, is a direct and purposeful retaliatory act that is straightaway linked to Plaintiffs Civil Action against the Arizona Department of Corrections under U.S. District Court Cause no: CV-07-2105-PHX-GMS (ECV). Plaintiff has received constant and on-going retaliatory actions against her person from ADOC staff and its employees since the inception of the aforementioned cause number, and receives no assistance to modify or correct the issues that arise, or protection from further retaliation.

Therefore, Plaintiffs Constitutional Right to Due Process and protection afforded her under the 5th Amendment was/is repetitively violated by the Arizona Department of Corrections, when its employees and staff refused or otherwise denied Plaintiffs access to the courts.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiff seeks the original amount claimed in U.S. District Case No: CV 07-2105-PHX-GMS (ECV), of $100,000.00, plus; $5,500.00 for Judgment entered against Plaintiff when she could not respond in a timely manner to the Arizona Court of Appeals; Count I and II Plaintiff, in addition, seeks Punitive Damages for malicious and Purposeful Retcliction against her Person. Moreover, Plaintiff seeks monetary compensation for all filing fees to proceed in Forma Pauperis in the Instant Action and Cause.

I declare under penalty of perjury that the foregoing is true and correct. NO: CV 07-2105-PHX-GMS.

Executed on ___June 9, 2009___
DATE

_____Karen M. X Jensen_____
SIGNATURE OF PLAINTIFF

___N/A___
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6